Hon. Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDERSON & MIDDLETON COMPANY, a Washington corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HON. KEN SALAZAR, in his official capacity as Secretary, United States Department of the Interior; HON. CARL ALTMAN, in his official capacity as Assistant Secretary, Indian Affairs, United States Department of the Interior; STANLEY M. SPEAKS, in his official capacity as Regional Director, Bureau of Indian Affairs, United States Department of the Interior; and John Does 1 through 20;[1]<br><br>　　　　　　　　Defendants. | No. C09-05033-RBL<br><br>STIPULATION AND ORDER HOLDING CASE IN ABEYANCE |

## JOINT STIPULATION

On February 27, 2009, the Bureau of Indian Affairs ("BIA") informed plaintiff Anderson & Middleton ("A&M") that because the Quinault Indian Nation had failed to timely submit payment for the twenty-parcels of Indian-owned trust land at issue in this action, and barring judicial intervention in *Quinault Indian Nation v. Salazar, et al.*, Case No. C09-5064-RBL, A&M may now purchase the allotments by submitting its balance of $3,951,923.40 to the BIA within thirty days of receipt of the notice. Because A&M's purchase of the land would render

---

[1] It should be noted that the Hon. Carl Altman is no longer the Assistant Secretary, Indian Affairs, United States Department of the Interior, although his replacement has not yet been named. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, any such replacement will automatically be substituted as a party defendant.

STIPULATION AND PROPOSED ORDER – 1
(C09-05033-RBL)

its claims moot, the parties to this action hereby STIPULATE, AGREE, and JOINTLY REQUEST that the Court hold this action in abeyance until the earliest of the following three events has occurred: (1) A&M's purchase of the allotments is finalized; (2) the time period for A&M to submit payment to the BIA has expired, with no payment made; or (3) the case of *Quinault Indian Nation v. Salazar, et al.*, Case No. C09-5064-RBL, a related action, has been resolved.[2]

DATED this 2nd day of March, 2009.

| | |
|---|---|
| JEFFREY C SULLIVAN<br>United States Attorney | SMYTH & MASON PLLC |
| s/Rebecca S. Cohen<br>REBECCA S. COHEN, WSBA #31767<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax:    206-553-4073<br>E-mail: rebecca.cohen@usdoj.gov | s/Jeffrey Alan Smyth<br>JEFFREY ALAN SMYTH, WSBA # 6291<br>701 Fifth Avenue, Suite 7100<br>Seattle, WA 98104<br>Phone: 206-621-7100<br>Fax: 206-682-3203 |

---

[2] Defendants have moved to consolidate the Quinault case with this action.

STIPULATION AND PROPOSED ORDER – 2
(C09-05033-RBL)

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | **ORDER** |

The parties having so stipulated and agreed, it is hereby **SO ORDERED**. This action is hereby held in abeyance until the earliest of the following three events has occurred: (1) A&M's purchase of the allotments is finalized; (2) the time period for A&M to submit payment to the BIA has expired, with no payment made; or (3) the case of *Quinault Indian Nation v. Salazar, et al.*, Case No. C09-5064-RBL, has been resolved. The parties shall promptly inform the Court as soon as the abeyance period has come to a conclusion and, at that time, shall file a stipulated order of dismissal or a joint status report advising the Court as to what issues, if any, remain outstanding. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 3rd day of March, 2009.

*Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER – 3
(C09-05033-RBL)

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Presented by:

JEFFREY C. SULLIVAN
United States Attorney


 /s/ Rebecca S. Cohen
REBECCA S. COHEN
Assistant United States Attorney
Attorney for Respondents
U.S. Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
(206) 553-7970
rebecca.cohen@usoj.gov


SMYTH & MASON PLLC


/s/ Jeffrey Alan Smyth
JEFFREY ALAN SMYTH, WSBA # 6291
701 Fifth Avenue, Suite 7100
Seattle, WA 98104
Phone: 206-621-7100
Fax: 206-682-3203

STIPULATION AND PROPOSED ORDER – 4
(C09-05033-RBL)

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970