# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

ANDERSON & MIDDLETON COMPANY,
      v.

CASE NUMBER: C09-5033 RBL

HON. KEN SALAZAR, et al.,
_____

QUINALT INDIAN NATION,
      v.

HON. KEN SALAZAR, et al.,
_____

[ √ ] **Decision by Court.** This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

QIN's Motion for Summary Judgment is GRANTED and the Government's Cross-Motion for Summary Judgment is DENIED concerning the forfeiture of QIN's deposit and right to purchase the 20 parcels. QIN's Motion for Summary Judgment is DENIED and the Government's Cross-Motion for Summary Judgment is GRANTED concerning the IBIA's decision affirming the validity of the bidding process and QIN's statutory right to match. The temporary restraining order is DISSOLVED and all other claims are DISMISSED.

*DATED :* August 10, 2009

                                                   BRUCE RIFKIN
                                        *Clerk*

                                           /s/ Jean Boring
                                        *(By) Deputy Clerk*, Jean Boring